# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

143140

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SYLVESTER BENNETT HUGULEY a/k/a
SYLVESTER HUGULEY,
      Defendant-Appellant.

SC: 143140
COA: 296213
Calhoun CC: 2009-003157-FC

_____/

On order of the Court, the application for leave to appeal the April 12, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

Clerk

p0829